IIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM DOUGLAS FULGHUM, *et al.*, | |
| Plaintiffs, | Civil Action No. 07-CV-2602 (EFM/JPO) |
| v. | |
| EMBARQ CORPORATION, *et al.*, | |
| Defendants. | |

**DEFENDANTS' MOTION FOR ORDER ENTERING FINAL JUDGMENT ON 2014-15 ORDERS RESOLVING ALL REMAINING CONTRACTUAL VESTING CLAIMS**

In accordance with this Court's March 15, 2016 Order (Doc. 563) and the Notice mailed to certain affected class members pursuant to that Order, defendants respectfully move this Court pursuant to Fed. R. Civ. P. 54(b) for entry of final judgment based on rulings in this Court's Orders dated December 2, 2014, June 10, 2015, and July 27, 2015 (Docs. 523, 533, 541 and 542), which adjudicated and dismissed contractual vesting claims asserted by (a) class representative plaintiff Clark, (b) individual plaintiff Carol Nelson (substituted plaintiff for her father, deceased representative plaintiff Britt), and (c) approximately 10,000 class members who were identified in the motion papers. The facts and argument relevant to this motion are contained in the supporting memorandum filed herewith.

All representative plaintiffs and Ms. Nelson, through class counsel, have advised defendants that: (a) speaking for themselves, and without prejudice to any position that may be taken in response to this motion by class members acting through other counsel or *pro se*, they do not oppose this motion; and (b) they will promptly file a short statement confirming this position but requesting that, in order to preserve the right of any affected class member to take a different position, that the Court allow the full 14-day time period for response to the motion to expire before acting on this motion.

DATED:  June 6, 2016.    Respectfully submitted,

STINSON LEONARD STREET LLP

By: /s/ Christopher J. Leopold
    Mark D. Hinderks (KS Bar No. 11293)
    Scott C. Hecht (KS Bar No. 16492)
    Christopher J. Leopold (KS Bar No. 19638)
    1201 Walnut Street, Suite 2900
    Kansas City, Missouri 64106
    (816) 842-8600 (Telephone)
    (816) 691-3495 (Facsimile)
    E-mail:  mark.hinderks@stinson.com
           scott.hecht@stinson.com
           chris.leopold@stinson.com

MORGAN, LEWIS & BOCKIUS LLP
    Michael L. Banks (*pro hac vice*)
    Joseph J. Costello (*pro hac vice*)
    1701 Market Street
    Philadelphia, Pennsylvania 19103-2921
    (215) 963-5387/5295 (Telephone)
    (215) 963-5001 (Facsimile)
    E-mail:  mbanks@morganlewis.com
           jcostello@morganlewis.com

    James P. Walsh, Jr. (*pro hac vice*)
    502 Carnegie Center
    Princeton, New Jersey 08540
    (609) 919-6647 (Telephone)
    (609) 919-6701 (Facsimile)
    E-mail:  jwalsh@morganlewis.com

SHERMAN & HOWARD L.L.C.
    Christopher J. Koenigs (*pro hac vice*)
    Michael B. Carroll (*pro hac vice*)
    633 Seventeenth Street, Suite 3000
    Denver, Colorado 80202
    (303) 297-2900 (Telephone)
    (303) 298-0940 (Facsimile)
    E-mail:  ckoenigs@shermanhoward.com
           mcarroll@shermanhoward.com

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I certify that on June 6, 2016, I electronically filed the foregoing document using the CM/ECF system, which will send notice of electronic filing to the following attorneys for Plaintiffs:

Alan M. Sandals (*pro hac vice*)
SANDALS & ASSOCIATES, P.C.
One South Broad Street, Suite 1600
Philadelphia, Pennsylvania 19107
E-mail:  asandals@sandalslaw.com

Diane A. Nygaard (KS Bar No. 10997)
KENNER NYGAARD DeMAREA KENDALL LLC
117 West 20th Street, Suite 201
Kansas City, Missouri 64108
E-mail:  diane@kndklaw.com

Mary C. O'Connell (KS Bar No. 70038)
DOUTHIT FRETS ROUSE GENTILE & RHODES, LLC
5250 West 116th Place, Suite 400
Leawood, KS 66221
E-mail:  moconnell@dfrglaw.com

Stewart W. Fisher (*pro hac vice*)
GLENN, MILLS, FISHER & MAHONEY, P.A.
Post Office Drawer 3865
Durham, North Carolina 27702
E-mail:  sfisher@gmf-law.com

Richard T. Seymour (*pro hac vice*)
LAW OFFICE OF RICHARD T. SEYMOUR, PLLC
Suite 900, Brawner Building
888 17th Street, N.W.
Washington, D.C. 20006
E-mail:  rick@rickseymourlaw.net

Bruce Keplinger (KS Bar No. 09562)
NORRIS & KEPLINGER, L.L.C.
6800 College Boulevard, Suite 630
Overland Park, Kansas 66211
E-mail:  bk@nkfirm.com

/s/ Christopher J. Leopold
Attorney for Defendants