IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| WILLIAM DOUGLAS FULGHUM, et al., Individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>EMBARQ CORPORATION, et al.,<br><br>   Defendants. | CIVIL ACTION<br>CASE NO. 07-CV-2602 (EFM/JPO) |

## CASE MANAGEMENT ORDER

Plaintiffs and defendants (jointly, the "Parties") having filed a Stipulated Motion for Entry of Case Management Order, and the Court having reviewed that motion and being fully advised in the premises,

**THE COURT HEREBY FINDS:**

1. The Parties have advised the Court that Plaintiffs' Counsel and Defendant Embarq Corporation have entered into a Master Settlement Agreement (the "Settlement Agreement") that establishes a program for the settlement of the remaining claims in this case and the claims in a related case, *Abbott v. Sprint Nextel Corp.,* No. 11-CV-2572 (EFM/GLR) (the "Settlement").

2. The Settlement Agreement identifies a total of 17 Plaintiff Households in this case and 922 Plaintiff Households in *Abbott* whose claims may be resolved through the Settlement. The Parties have asked the Court to enter this Order to facilitate implementation of the Settlement.

**THE COURT HEREBY ORDERS:**

1. The Parties shall file a report within 210 days of the date of this Order regarding the status of implementation of the Settlement Agreement.

2

2. All proceedings in the case shall be stayed until further order of this Court.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2016.

*[signature: Eric F. Melgren]*

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE