# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| WILLIAM DOUGLAS FULGHUM, et al., Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EMBARQ CORPORATION, et al., <br><br> Defendants. | CIVIL ACTION <br> CASE NO. 07-CV-2602 (EFM/JPO) |

### STIPULATION DISMISSING ALL REMAINING CLAIMS OF ALL PLAINTIFFS

Plaintiffs and defendants hereby stipulate and agree that all remaining claims of all plaintiffs be and hereby are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Attorneys' fees, costs, and expenses shall be governed by the terms of the Master Settlement Agreement, dated October 28, 2016.

Dated: March 31, 2017.                         Respectfully submitted,

                                          **DOUTHIT FRETS ROUSE GENTILE & RHODES, LLC**

                                          By: s/ Mary C. O'Connell
                                              Mary C. O'Connell
                                              R. Douglas Gentile
                                              5250 West 116th Place, Suite 400
                                              Leawood, KS 66211
                                              Telephone: (913) 387-1600
                                              Facsimile: (913) 928-6739
                                              Email: moconnell@dfrglaw.com
                                                             dgentile@dfrglaw.com

**KENNER NYGAARD DEMAREA KENDALL, LLC**
Diane A. Nygaard
117 West 20th St., Suite 201
Kansas City, MO 64108
Telephone: 816-531-3100
Facsimile: 816-531-3600
E-mail: diane@kndklaw.com

**SANDALS & ASSOCIATES, P.C.**
Alan M. Sandals (Pro Hac Vice)
One South Broad Street, Suite 1600
Philadelphia, PA 19107
Telephone: (215) 825-4000
Facsimile: (215) 825-4001
E-mail: asandals@sandalslaw.com

**GLENN, MILLS, FISHER & MAHONEY, P.A.**
Stewart W. Fisher (Pro Hac Vice)
Post Office Drawer 3865
Durham, NC 27702
Telephone: (919) 683-2135
Facsimile: (919) 688-9339
E-mail: sfisher@gmf-law.com

**LAW OFFICE OF RICHARD T. SEYMOUR, PLLC**
Richard T. Seymour (Pro Hac Vice)
Suite 900, Brawner Building
888 17th Street, N.W.
Washington, DC  20006
Telephone: (202) 785-2145
Facsimile: (800) 805-1065
Email: rick@rickseymourlaw.net

**NORRIS & KEPLINGER, L.L.C.**
Bruce Keplinger
Christopher J. Lucas
9225 Indian Creek Parkway, Suite 750
Overland Park, Kansas 66210
Telephone: (913) 663-2000
Facsimile: (913) 663-2006
Email: bk@nkfirm.com
         cjl@nkfirm.com

**ATTORNEYS FOR PLAINTIFFS**

2

**STINSON LEONARD STREET LLP**

s/ Christopher J. Leopold
Mark D. Hinderks (KS #11293)
Scott C. Hecht (KS #16492)
Christopher J. Leopold (KS #19638)
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
(816) 842-8600 (Telephone)
(816) 691-3495 (Facsimile)
mark.hinderks@stinson.com
scott.hecht@stinson.com
chris.leopold@stinson.com

**MORGAN, LEWIS & BOCKIUS LLP**
Michael L. Banks (*pro hac vice*)
Joseph J. Costello (*pro hac vice*)
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5387/5295 (Telephone)
(215) 963-5001 (Facsimile)
mbanks@morganlewis.com
jcostello@morganlewis.com

James P. Walsh, Jr. (pro hac vice)
502 Carnegie Center
Princeton, New Jersey 08540
(609) 919-6647 (Telephone)
(609) 919-6701 (Facsimile)
jwalsh@morganlewis.com

**SHERMAN & HOWARD L.L.C.**
Christopher J. Koenigs (*pro hac vice*)
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
(303) 297-2900 (Telephone)
(303) 298-0940 (Facsimile)
ckoenigs@shermanhoward.com
mcarroll@shermanhoward.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2017, I filed the foregoing document with service to be accomplished thereby on counsel of record for plaintiff.

                                                                    s/Christopher J. Leopold
                                                                       Attorney for Defendants